1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name Goodwin    John Y

4    (Last)    (First)    (Initial)

5    Prisoner Number E-21765

6    Institutional Address P.O. Box 600  WEST HAll-Cell

7    TRACY CA 95378-0600

8

9    **UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA**

10

11    John Y Goodwin
      (Enter the full name of plaintiff in this action.)

12    vs.    Case No.
      (To be provided by the clerk of court)

13    R.C.C.C Medical Hospital Unit

14    12500 Bruceville Rd    **COMPLAINT UNDER THE**
                              **CIVIL RIGHTS ACT,**
15    Elk Grove CA 95757    **42 U.S.C §§ 1983**

16

17    (Enter the full name of the defendant(s) in this action))

18    *[All questions on this complaint form must be answered in order for your action to proceed..]*

19    I.    Exhaustion of Administrative Remedies

20          [**Note:** You must exhaust your administrative remedies before your claim can go

21          forward. The court will dismiss any unexhausted claims.]    INCidENT hAppEN At Jail Medical Hospital I

22    A.    Place of present confinement WAS SENT to D.V.I the NExt dAy I File A
                                         GRiEvANcE At R.C.C.C the SAME DAy I got
23    B.    Is there a grievance procedure in this institution? INJURy ANd thEy SENt me
                                                                  to D.V.I the NExt dAy
24          YES ( )    NO (·)

25    C.    Did you present the facts in your complaint for review through the grievance

26          procedure?

27          YES(✓)    NO ( )

28    D.    If your answer is YES, list the appeal number and the date and result of the
            The R.C.C.C RECEiviNg OFFicER SigN his NAME SANctA ANd his BADGE
            NM 1341 thEN hE wRotE oN the GRiEvANcE

COMPLAINT    - 1 -

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal _____

4    _____

5    _____ 2. First

6    formal level _____

7    _____

8    _____

9    3. Second formal level _____

10   _____

11   _____ 4 Third

12   formal level _____

13   _____

14   _____

15   E.    Is the last level to which you appealed the highest level of appeal available to

16   you? There is only one high leavel At R.C.C.C. The officer wrote on
     it and sign his name and BADGE Nm 134) name SANUA

17   YES ( )    NO ( )

18   F.    If you did not present your claim for review through the grievance procedure,

19   explain why. I Am A PARole ViolAtor only I was PlAce into R.C.C.C Medical hospital

20   Unit Cell-112 For my Physical Disabilties I USE A wheel chAir And walker
     wAiting to go to prison but most violAtor do there time At R.C.C.C the pArole

21   peolpe out of SACRAMENto

22   II.    Parties

23   A.    Write your name and your present address. Do the same for additional plaintiffs,

24   if any.

25   JohnY Goodwin E-21765 P.O. Box 600 West Hall-cell-112

26   TRACy CA 95378

27   _____

28   B.    Write the full name of each defendant, his or her official position, and his or her
     R.C.C.C Medical Hospital Unit 12500 BRuceville Rd
     Elk GRove CA 95757
     COMPLAINT                                    - 2 -

1    place of employment.

2    R.C.C.C MEdical HOSPitAl housing Jail UNit

3    12500 BRucEville Rd. EIK GROVE CA 95757

4    _____

5    _____

6    _____ III.

7    Statement of Claim

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph.

12   I WAS A PAtiANt with A PhYsicAl DisAbilities Mobility ImpAiRed LOwER FiFth LumbaR

13   Slip disk I use A wAlkER And wheEl chAiR wEAKNESS intERmittent iN both

14   LEgs - HYPERtENSION - HEARt DisEASE I hAd A T.I.A stRoKE. The MEdicAl

15   HOSpitAl UNit cEll - 35 I wAs iN with No wAlkER oR wheEl chAiR on 1-27-08

16   I Ask the poRtER hospitAl woRkER to cleAN the hospitAl UNit cEll hE gAvE

17   mE the mop And BRoom to cleAN It mysElF I slip And FAlling mopping

18   BustEd the bAck oF my hEAd And huRt my NEck And BAck A iNcidENt

19   REpoRt wAs FilE the hospitAl cEll 35 light did Not wERK the hospitAl

20   poRtER woRkERS NEVER cleAN the hospitAl cEll - 35 The oFFicERS cAmE to

21   the incidENt told mE thAt the pAtiANts is Not to touch the mop oR cleAN

22   At All iN the hospitAl AS I wAs huRt the oFFicER got mAd At the

23   poRtER woRkERS FoR giving mE the mAp And BRoom I did'Nt KNow thAt the

24   pAtiANts cANt cleAN hospitAl cElls til I got huRt oN 1-28-08 they sENt

     mE to D.V.I. I FilE A GRiEVANcE oN 1-27-08 MEdicAl hospitAl UNit tRyEd

     to coVER this incidENt by sENding mE to D.V.I oN 1-28-08

25   IV.    Relief

26   Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
     I WANt thE COURt to put A LAW suit oN MEdical hospitAl UNit

28   I wANt to bE compENsAtEd FoR the hospitAl NEgligENcE I wANt the

COMPLAINT                              - 3 -

1  COURTS to tAKE Civil MAtters For Medical hospital Unit Jail letting

2  the PORtER workER Give me A hospital Patiant A Mop And Broom

3  to cleAN the hospital cell that mAde me REinjURy my BAck And Neck

4  And Bust my head the portER Knew thAt the pAtiANts is Not to cleAn

5  the hospitAl At All And the oFFicERs Knew too And my hospital cell-35

6  light did Not work At All For A week. MedicAl hospitAl Unit is poor
   And ouR hospital cell-35 wAs NEVER cleAN lock-down hospitAl is poor

7  At R.C.C.C At oNly have two hospitAl cells oNly For lock-down 'Inmates And the honor side
   I declare under penalty of perjury that the foregoing is true and correct. had About 20 beds in the

8                                                                            I was in Medical hospital unit And

9  Signed this F&b Sunday day of 17              , 2008          hospital cell-35 Medical hospital unit

10

11                     Johny Goodwin

12                        (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

2/11/08

Johny Goodwin E-21765
P.O. Box 600 West Hall-cell-112
Tracy CA 95378-0600

NORTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
RICHARD W. WIEKING

FEB 2 2 2008

RECEIVED

STATE
GENERATION

Legal mail



Clerk of the United States District
Court for the Northern District of California,
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

C/o R. Ullrich