UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Johny Goodwin, Plaintiff,

vs.

R.C.C.C Medical hospital Unit, Defendant.

CASE NO. CV 08 1153

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

FILED FEB 27 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, Johny Goodwin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I WAS ON WEAR FAIR  G.A DEPARTMENT of Human Assistance_
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ___ No ✓
10            self employment
11    b.   Income from stocks, bonds,           Yes ___ No ✓
12            or royalties?
13    c.   Rent payments?                       Yes ___ No ✓
14    d.   Pensions, annuities, or              Yes ___ No ✓
15            life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                       Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.    a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?   Yes ____ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No _____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No ✓ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No ✓
20  _____
21  8.   What are your monthly expenses?  Homeless
22  Rent: $_____ Utilities: _____
23  Food: $_____ Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment         Total Owed on This Acct.
26  _____             $_____             $_____
27  _____             $_____             $_____
28  _____             $_____             $_____  9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 Feb 17, 2008                    Johnny Goodwin
17    DATE                         SIGNATURE OF APPLICANT

US. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -

1
2                                            Case Number: _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                          **IN**
11                              **PRISONER'S ACCOUNT**
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _____ for the last six months
15  at
16                                      [prisoner name]
17  _____ where (s)he is confined.
18       [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ _____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $_____.
22
23  Dated:_____              _____
24                                      [Authorized officer of the institution]
25
26
27
28

- 5 -