FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JohnY Goodwin

          Plaintiff,

vs.

MedicAl HospitAl Unit
12500 Bruceville Rd
Elk Grove CA   Defendant.

CV 08 1153 MHP (PR)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

     I, JohnY Goodwin ____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

     In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                 Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,              Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                          Yes ___ No ✓
14      d.   Pensions, annuities, or                 Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,      Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.   Are you married?                            Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____   Year _____   Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-6-08                           /s/ Johny Goodwin
DATE                             SIGNATURE OF APPLICANT

1
2                                              Case Number: CV 08 1153 MHP
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                             **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _Johnny Goodwin_ for the last six months
                                        [prisoner name]
14  _Duel Vocational Institution_ where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ~~$98~~ 13 $^{07}$ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $ 8 $^{98}$.
18
19  Dated: 3-11-08                        _____
                                          [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

-5-

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

B.  **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

```
             CALIFORNIA DEPARTMENT OF CORRECTIONS
                  DEUEL VOCATIONAL INSTITUTION
                  INMATE TRUST ACCOUNTING SYSTEM
                  INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCOUNT NUMBER : E21765           BED/CELL NUMBER: HW1 000000000012L
ACCOUNT NAME   : GOODWIN, JOHNNY LEE    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                       TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
----- ----  -----------    -------    ---------  --------   -----------  -------

09/01/2007  BEGINNING BALANCE                                              0.00

  ACTIVITY FOR 2008
02/04*DD30 CASH DEPOSIT    RR/704664              8.14                     8.14
02/05 W501 SHIPPING CHAR   GSO/704731                          6.91        1.23
02/14 FC04 DRAW-FAC 4      RC/704970                           1.23        0.00
02/19*DD30 CASH DEPOSIT    MR/705032             18.00                    18.00
03/07 W502 POSTAGE CHARG   ENVLOP5487                          0.50       17.50


                       CURRENT HOLDS IN EFFECT
    DATE       HOLD
   PLACED      CODE    DESCRIPTION            COMMENT       HOLD AMOUNT
 ----------   ----    -----------            -------       -----------
 02/21/2008    H104   DAMAGES HOLD           DOOR705171      150.00
 02/21/2008    H119   ARTIFICIAL APPLIANCE HOLD  MED705172    36.25
 02/26/2008    H119   ARTIFICIAL APPLIANCE HOLD  W/C/705245  115.00


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/30/89              CASE NUMBER: 88845
COUNTY CODE: SAC                      FINE AMOUNT: $    400.00

   DATE     TRANS.    DESCRIPTION            TRANS. AMT.    BALANCE
 --------   ------    -----------            -----------    -------

 09/01/2007  BEGINNING BALANCE                                292.19

 02/04/08    DR30     REST DED-CASH DEPOSIT      9.04-        283.15
 02/19/08    DR30     REST DED-CASH DEPOSIT     20.00-        263.15
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/11/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CASE NO
CV-08-1153

DEUEL VOCATIONAL INSTITUTION
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 11, 2008

ACCT: E21765    ACCT NAME: GOODWIN, JOHNNY LEE    ACCT TYPE: I



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/11/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 26.14 | 8.64 | 17.50 | 301.25 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
283.75-

I have a claim case

I need a copy of my Trust Account to show it [illegible] they [illegible] sign [illegible] and you have to sign me the certificate [illegible] paper I have sent to you [illegible]

Johnny Goodwin, JTPES
[illegible]

I have [illegible] with these papers. The certificate of Funds paper is on page 5. Thank You

Johny Goodwin E-21765
P.O. Box 600 WH-cell-112
Tracy CA 95378-0600

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON
GENERATED MAIL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES





