CASE Number: CV 08 1153
MHP (PR)

Motion of Appointment of Counsel.

FILED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Too: Deputy Clerk Richard W. Wieking

This is A Motion Appointment of counsel J Johny Goodwin would like For the Court to Appoint me counsel. Please Appoint me A lawyer to represent me For Representation, I dont Know what to do About Law, I Am A.D.A And could you please Appoint me A lawyer. my Reading level is 2.6 And J use A wheel chair And walker, I Also mail back to you A certified copy of my Trust Account on 3-17-08

Deputy Clerk here is A copy of my Jdentified Disabilities Also there is A copy of my Reading level on the same paper. The Yellow paper is my A.D.A 1845

Please Appoint me A counsel to Represent me And have him or her contact me or could you contact me with his or her Name And Address And Phone number.

Thank You

Sincerely: Johny Goodwin E-21765
P O Box 600
Tracy CA 95378-0600

Also send me (the Rule of courts)

Please Thank you. Put this Motion of Appointment of Counsel in my case CV-08-1153 MHP (PR)

put my A.D.A 1845 in my case File

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
**CDC 1845 (Rev. 01/04)**

DEPARTMENT OF CORRECTIONS
***CHECK ALL APPLICABLE BOXES***

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| GOODWIN | F21765 | | IIIV-112 | 2-4-08 |

*Sections A - B to be completed by licensed medical staff.*

**SECTION A: REASON FOR INITIATION OF FORM**

- ☐ Inmate self-identifies to staff
- ☐ Third party evaluation request
- ☐ Observation by staff
- ☐ Medical documentation or Central File information

**SECTION B: DISABILITY BEING EVALUATED**

- ☐ Blind/Vision Impaired
- ☐ Speech Impaired
- ☐ Deaf/Hearing Impaired
- ☑ Mobility Impaired

*Sections C - G to be completed by a physician only.*

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. ☐ FULL TIME WHEELCHAIR USER - DPW
   Requires wheelchair accessible housing and path of travel.
2. ☑ INTERMITTENT WHEELCHAIR USER - DPO
   Requires lower bunk, wheelchair accessible path of travel and ***does not require*** wheelchair accessible cell.
3. ☐ MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. ☐ DEAF/HEARING IMPAIRMENT - DPH
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. ☐ BLIND/VISION IMPAIRMENT - DPV
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. ☐ SPEECH IMPAIRMENT - DPS
   Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. ☐ MOBILITY IMPAIRMENT (Lower Extremities) - DNM
   Walks 100 yards without pause with or without assistive devices.
   - ☐ No Housing Restrictions
   - ☐ See HOUSING RESTRICTIONS in Section E
   - ☐ Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:__________)
4. ☐ HEARING IMPAIRMENT - DNH
   With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. ☐ SPEECH IMPAIRMENT - DNS
   Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**
- ☐ Requires relatively level terrain and no obstructions in path of travel
- ☐ Complex medical needs affecting placement ☐ CDC 128-C __________

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
☐ Cane ☐ Crutch ☑ Walker ☐ Leg/Arm prosthesis ☐ Vest
☐ Other: __________ ☑ CDC 128-C(s) dated: 2/4/08

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
☐ Feeding or Eating ☐ Bathing ☐ Grooming ☐ W/C transferring
☐ Toileting ☐ Other: __________ ☐ CDC 128-C(s) dated: __________

**OTHER DPP DESIGNATIONS:**
☐ NONE ______ ______; ______ ______
CODE DATED CODE DATED

**HOUSING RESTRICTIONS:** ☑ Lower bunk ☑ No stairs ☑ No triple bunk. CDC 128-C(s) dated: __________

**SECTION F: EXCLUSIONS**

- ☐ VERFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated __________).
- ☐ REMOVAL FROM A DPP CODE: Removal from previous DPP code: ______. (Explain in Comments Section and CDC 128-C dated: __________.)
- ☐ REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): __________. (Explain in Comments Section and CDC 128-C dated: __________.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI) ☐ Reads Braille ☐ Communicates with written notes ☐ Requires large print or magnifier
☐ Reads lips ☑ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |
| **HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print)** | **HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE** | **DATE SIGNED** |
| J. Snell, MD | [signature] | 3-4-08 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

DISTRIBUTION: **Original** - Top General Chrono Section of C-File; **Green** - Chrono Section, Unit Health Record **Canary** - C&PR/CC-III; **Pink**-CC-I; **Gold**-Inmate

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

# NOTICE AND REQUEST FOR ASSISTANCE AT PAROLE PROCEEDING

BPT 1073

**Identified Disabilities**

- [x] Mental Health Concerns (Circle One) CCCMS EOP MHCB DMH 128C dated: 7/12/05
- [ ] Developmental Disability (Circle One) DD1 D1A DD2 DD3 128C-2 dated:
- [x] Physical Disability (Circle all that apply) (verified on CDC Form 1845) Dated 3/11/05

  **Mobility** (DPW / DPO / DPM / DNM) **Vision:** (DPV/DNV) **Hearing:** (DPH / DNH) **Speech:** (DPS / DNS)
- [ ] Other Disability (that may limit access): documented on dated:
- [ ] Learning Disability documented on dated:
- [ ] NO DISABILITIES IDENTIFIED FROM THE FILE REVIEW.

12-18-07

***Other Potential Assistance Needs:***

- [x] Reading Level 2.6 Total GPL 14 (If not available, note "N/A")
- [ ] Non-English Speaking (List language(s) inmate/parolee speaks):

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPT or CDC must provide you with help to read the forms and papers. If you need special transportation, the BPT or CDC must provide it for you.

**Check all that apply:**

- [ ] I need help reading my documents.
- [ ] I need help understanding the procedures and forms.
- [ ] I need a sign language interpreter.
- [ ] I need a wheelchair and I [ ] do have one. [ ] do not have one.
- [ ] I do not speak English and need an interpreter in (language)
- [ ] Other
- [ ] I need the following help to hear
- [ ] I need the following help to see
- [ ] I need to communicate in writing.
- [x] **I do not need any help for my parole hearing.**

X Johnny Goodwin — Inmate/Parolee Signature; E-21765 — CDC #; X 12-18 — Date Signed

**I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:**

- [x] **Appears to understand**
- [ ] **Appears to have difficulty understanding**
- [ ] **Effective Communication Method Used:** (Foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.)

Additional Comments: Subject States he is no longer CCCMS he was taken off in the Prison. Subject Read Statement very well.

Stevens — Staff Name and Title (please print); [signature] — Staff Signature; 12-18-07 — Date

**Accommodation(s)/Assistance to be provided at hearing(s):** Attorney Per DEC entries of 6-14-07 and 3-16-07

Allen Krause / Lt. — Staff Name and Title (please print); Allen Krause — Staff Signature; 12-21-07 — Date

| NAME | CDC # | TYPE OF HEARING | DATE OF HEARING | LOCATION |
|---|---|---|---|---|
| Goodwin, Johnny | E21765 | R.c | | |

Johny Goodwin E-21765
P.O. Box 600 West Hall-112
Tracy CA 95378-0600

STOCKTON/STKN
CA 952
25 MAR 2008 PM 3 T

"LET US DARE TO R[...]
THINK, SPEAK A[...]
John Adams, 1765
poweroftheleta[...]

STATE PRISON
GENERATED MAIL

TOO: Deputy CLERK Richard W. Wieking
of the United States District Court For the
Northern District of California,
450 Golden Gate Ave P.O. Box 36060
San, Francisco, CA 94102

94102+3432

3/24/08