**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

July 22, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-01153 MHP  JOHNY GOODWIN-v-RCCC MEDICAL HOSPITAL UNIT

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    *Gina Agustine*

    by:  Gina Agustine-Rivas
    Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:08-cv-01153-MHP
# Internal Use Only

| | |
|---|---|
| Goodwin v. R.C.C.C. Medical Hospital Unit | Date Filed: 02/27/2008 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 07/16/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: None |
| | Nature of Suit: 555 Prisoner: Prison Condition |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Johny Goodwin**      represented by **Johny Goodwin**
E-21765
West Hall-Cell
P.O. Box 600
Tracy, CA 95378-0600
PRO SE

V.

**Defendant**

**R.C.C.C. Medical Hospital Unit**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | 1 | COMPLAINT against R.C.C.C. Medical Hospital Unit (Filing fee $ 350; ifpp; no summons issued). Filed by Johny Goodwin. (sv, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 2 | MOTION/Application for Leave to Proceed in forma pauperis filed by Johny Goodwin. (sv, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (sv, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 03/06/2008 | 4 | Prisoner Trust Fund Account Statement by Johny Goodwin. (gba, COURT STAFF) (Filed on 3/6/2008) (Entered: 03/14/2008) |
| | | |

| | | |
|---|---|---|
| 03/21/2008 | 5 | MOTION for Leave to Proceed in forma pauperis filed by Johny Goodwin. (gba, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/26/2008 | 6 | MOTION to Appoint Counsel filed by Johny Goodwin. (gba, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/27/2008) |
| 05/30/2008 | 7 | REQUEST to transfer case to Eastern District by Johny Goodwin. (gba, COURT STAFF) (Filed on 5/30/2008) (Entered: 06/02/2008) |
| 07/16/2008 | 8 | ORDER TRANSFERRING CASE to the Eastern District of California; Signed by Judge Marilyn Hall Patel on 7/14/2008. (Attachments: # 1 CertServ)(awb, COURT-STAFF) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/22/2008 | 9 | CLERK'S NOTICE: Case Transferred Electronically to Eastern District of California. (gba, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/22/2008) |